IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDAL WARDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:09-CV-0795-D |
| VS. | § | |
| | § | |
| U.S. TREASURY DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Plaintiff Randal Wardle ("Wardle") filed this *pro se* lawsuit against defendant U.S. Treasury Department.  On May 8, 2009 the magistrate judge directed Wardle to file an amended complaint that complied, *inter alia*, with Fed. R. Civ. P. 8(a).  On June 10, 2009 Wardle filed an amended complaint that the magistrate judge on June 18, 2009 ordered stricken because it still did not comply with Rule 8(a).  In his order, the magistrate judge gave Wardle 20 days to file an amended complaint.  On July 30, 2009, after Wardle failed to comply with the order, the magistrate judge filed his findings, conclusion, and recommendation that this case be dismissed without prejudice for want of prosecution.  On August 1, 2009 Wardle submitted a letter to the magistrate judge, which the clerk filed on August 4, 2009.  The letter is a diatribe that includes references to a mental illness court and to stays at mental illness facilities, suggesting that Wardle suffers from mental illness.  The letter does not comply with Rule 8(a) and makes no apparent attempt to do so.

Accordingly, after making an independent review of the pleadings, files, and records in this case, and the July 30, 2009 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and this lawsuit is

dismissed without prejudice for want of prosecution by judgment filed today.

**SO ORDERED**.

August 26, 2009.

SIDNEY A. FITZWATER
CHIEF JUDGE